Rebecca Adorno
19152 Walter Street
Lansing, Il 60438

November 10, 2012

Senior Judge Rudy Lozano
United States District Court, Northern Division of Indiana
5400 Federal Plaza
Suite 4300
Hammond, IN 46320

Dear Honorable Judge Rudy Lozano,

My name is Rebecca Adorno. I am the aunt of Antonio Martinez Jr. Growing up alongside Antonio for many years, I watched him grow to be a responsible and loving father. He is the type of person that would never hesitate to be there for me. He would take the shirt off is back to help someone in need.

When I speak to my nephew, I can hear in his voice how much remorse he has for the mistake that he has committed. I am asking that you please take this into consideration when making your decision.

Sincerely yours,

Rebecca Adorno