Lucio Adorno Jr.
19152 Walter Street
Lansing, Il 60438

November 10, 2012

Senior Judge Rudy Lozano
United States District Court, Northern Division of Indiana
5400 Federal Plaza
Suite 4300
Hammond, IN 46320

Dear Honorable Judge Rudy Lozano,

My name is Lucio Adorno Jr. I am the husband of one of Antonio Martinez's aunts. I have known Antonio for 32 years and in those years he has grown to be like one of my sons. So I know as a father the kind of person he is- kind, caring, generous, loving, and compassionate. I have spoken to him and he is truly remorseful for what he has done. Please take this into consideration in rendering your decision.

Sincerely yours,

Lucio Adorno Jr.