Dominic R Merola
2734 E 130th Street
Chicago, IL 60633
773-818-7898

12FEB12

Senior Judge Rudy Lozano
United States District Court, Northern Division of Indiana
5400 Federal Plaza
Suite 4300
Hammond, IN 46320

Dear Honorable Judge Rudy Lozano,

Hello, my name is Dominic Merola, and Antonio Martinez is a friend of mine that I have known since 2003. During my years of knowing Antonio he has always been a very generous, thoughtful, and respectful person.

I am writing you this letter in hopes that you can show leniency in sentencing Antonio for what he has done. Antonio has always been a family orientated man and a loving devote father to his two little girls. I know the time he has spent away from them lately has been directly affecting their everyday lives. Your Honor, a reduced sentence would greatly have an effect in a positive way for his daughters in the hopes that they can be reunited with their father.

I believe Antonio has shown remorse and accepted responsibility for his actions by speaking up and pleading guilty for what he has done. I am sure this was not an easy task to for him to do, but Antonio has always been a stand up guy and being that this is his first and only criminal offense I am confident that he is using his time to better himself through counseling, vocational, and educational means.

In conclusion Antonio is not a perfect man, I am not a perfect man, I do not know anyone that is perfect, we all have our flaws and we all make bad decisions and mistakes. Making a bad decision is one thing, but trying to right the wrong you have created is not an easy thing to do. Antonio has admitted to making a bad decision, and one of the hardest things a person has to do is admit when they are wrong. I was shocked to hear about what he was accused of, but I was not shocked when I found out that he plead guilty. That is how Antonio is, an honest man who takes responsibility for his actions.

Antonio is my friend, and I know his family well, whatever the outcome is, I will support them and him through this tough and rough time. Please feel free to contact me with any questions that you might have, Antonio and the Martinez family are more then my friends, they are like family to me and I would help him or them in any situation.

Sincerely yours,

Dominic R Merola