Danny Salgado
5105 S. Meade
Chicago, IL. 60638
(773)931-7774
thechicagolaw50@yahoo.com

02/12/2012

Senior Judge Rudy Lozano
United States District Court, Northern Division of Indiana
5400 Federal Plaza
Suite 4300
Hammond, IN 46320

Dear Honorable Judge Rudy Lozano,

My name is Danny Salgado. I am writing to you in regards to Antonio C. Martinez, Jr. I have known Antonio for over 10 years, personally and professionally. I worked with him for over 5 years, which led to a friendship and bond with him and his immediate family. Throughout these years, I've personally witnessed many acts of selflessness and generosity. Many times he went above and beyond the call of duty to help another human being. Not because it was his job, but because this is who he truly is, a caring individual.

Moreover your Honor, I pray for some leniency for Antonio. A man who throughout his life has done good and has been a wonderful father, brother, and son. I firmly believe Antonio has accepted responsibility for his actions and truly regrets what he took part in. It is not in his character to do acts that are criminal in nature. I believe this was a lapse in judgment on his part, and as he has shown with his honesty and cooperation, he is attempting and willing to right the wrongs. If given the opportunity, I know he will be able to once again be a positive and productive citizen.

Furthermore, I do realize Antonio is not perfect, as we all are not either. He has a lot of mending and restitution to do. Not only to the citizens of this great country, but also to his family and I strongly have faith that he will do so. Antonio has many people, family and friends, to love, support and stand by him in order for him to continue to do good.

Finally, I reiterate my request respectfully your Honor, for you to show mercy and leniency for Antonio C. Martinez, a man, who I believe, deserves a second opportunity. I thank you in advance for taking the time to read this brief letter.

Sincerely yours,

Danny Salgado

Danny Salgado