LUIS V. GUTIERREZ
MEMBER OF CONGRESS
4TH DISTRICT, ILLINOIS

2266 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-8203

DISTRICT OFFICE:
3210 WEST NORTH AVENUE
CHICAGO, IL 60647
(773) 342-0774

# Congress of the United States
## House of Representatives
Washington, DC 20515-1304

COMMITTEES:

FINANCIAL SERVICES

SUBCOMMITTEES:
INSURANCE, HOUSING, AND COMMUNITY OPPORTUNITY
RANKING MEMBER

FINANCIAL INSTITUTIONS AND CONSUMER CREDIT

PERMANENT SELECT COMMITTEE ON INTELLIGENCE

SUBCOMMITTEE:
TERRORISM, HUMINT, ANALYSIS AND COUNTERINTELLIGENCE

March 14, 2012

Senior Judge Rudy Lozano
United States District Court, Northern Division of Indiana
5400 Federal Plaza
Suite 4300
Hammond, IN 46320

Dear Honorable Judge Rudy Lozano,

My name is Teresa Reyes and I am writing on behalf of my cousin Antonio Martinez Jr. I am writing this letter in the hopes that it will help you to see what kind of person Antonio is, despite the transgressions that led us all to this point.

I have known Antonio or as we call him at home "Toñito" for over 38 years, and in that time I have seen many aspects of Toñito's personality. I have always found him to be extremely kind, dependable and well regarded among his peers.

The transgression of helping steal according to the indictment, that he would take orders from a gang member and then use his uniform and badge to pull people over or enter houses, should not be the only factor you look at in this case.

Antonio has two beautiful daughters who are his pride and joy and his splitting image. Whenever I think of Toñito, I think of all the times I would visit him and he would be cooking for the family and enjoying the time spent at home. I can attest that he was the happiest when he was home. I hope you will also consider Antonio's character as well as his strong commitment to his family.

I can tell you without a doubt that Antonio is incredibly remorseful for what he has done. He has expressed this to many times, and I believe it has been reflected in his efforts to make amends to the victims and to the court. It was a mistake, but Antonio deserves a second chance. I hope you will be willing to give him one.

Sincerely yours,

Teresa Reyes

Teresa Reyes
11529 South Avenue H
Chicago, IL 60617
T (773) 401-6412
Teresa.Reyes@mail.house.gov