Senior Judge Rudy Lozano
United States District Court
Northern Division of Indiana
5400 Federal Plaza
Suite 4300
Hammond, IN 46320

14 mar 12

Dear Honorable Judge Lozano,

My name is Richard Caro and I have had the privilege of knowing Antonio Martinez since 1990. In that time I have seen many aspects of Antonio's personality. I have always found him to be a good friend, dedicated officer, dependable and well regarded among his peers. He has been a big brother and mentor to me who has shown incredible courage and valor since I have known him. He is a devoted father and he is the reason that I became a police officer.

Antonio is a good person of moral character. I realize this might seem hard to believe given the circumstances, but it is true nonetheless. I have seen Antonio go through ups and downs with his divorce and being departed from his daughter, but all the while he has shown great character and I am convinced that he is a decent person. He has always been kind and generous with others. He has a strong sense of duty, which not only applies to his job but also his family and community. He possesses a great deal of integrity and he strives to make sure that he is doing the right thing.

Your Honor, I hope that you can see to it to give leniency to Antonio. I will not say that he has had an impeccable record because we all make mistakes, but I can truly say that I believe that imprisonment would be detrimental because he has made an excellent contribution to his community and the job that he has devoted himself to and loves. I know that he is very remorseful for what he has done. He has expressed this many times and I believe that he has learned from his mistakes and I am hoping that a positive outcome can be attained from this tragedy.

Again, I know that Antonio has areas in his life that he needs to work on but I feel that imprisonment is not the answer. This is Antonio's first and only offense and he is not a threat to society. I believe that he is aware of his poor decisions and I know that he plans to make amends any way that he can. He has an abundance of family and friends to help support him during this trying time and I just request that you not only look at the crime but also consider his dedication to his community, family and friends. If given the opportunity to have a reduced sentence, I know that Antonio will have a new take on life and continue to be a positive role model.

If needed you may contact me anytime at 773-491-9792. Thank you for your time and consideration and service to the judiciary system.

Sincerely,

Richard Caro

Richard Caro