Michael A. Martinez
842 North California Avenue #3
Chicago, IL 60622
(773) 592-7993
Mike_da_law@yahoo.com

Senior Judge Rudy Lozano
United States District Court, Northern Division of Indiana
5400 Federal Plaza
Suite 4300
Hammond, IN 46320

August 19, 2012

Dear Honorable Judge Rudy Lozano,

My name is Michael Martinez and I am Antonio C. Martinez's brother. I was raised with "Tony" and love him dearly. Tony is the most loving, generous person I have ever known; the kind of man that puts everyone before himself. He's an amazing father to his little girls, a great brother, son, and friend.

I am requesting, hoping, and praying that Tony will be eligible for probation instead of further jail time. In spite of the circumstances, Tony has been a great brother and mentor not only to myself, but to my friends as well. Tony's positive attitude is the reason we all aspired to become Chicago police officers and have successful careers in law enforcement. With Tony's guidance and advice, I have accumulated hundreds of awards and commendations throughout my fourteen years with the Chicago Police Department. I can assure you, Tony's situation is not at all reflective of his character. If given a second chance you will never see Tony in any unlawful predicament again.

I am requesting leniency your honor. Confinement is not the appropriate place for a good man like Tony. He is a first time offender with no prior arrest record. He is a family man who lives for his children. Tony has accepted responsibility since day one and was the first person to plea guilty setting things in motion for other defendants to file suit. Tony recognized his error in judgement years before federal agents showed up at his home and had already removed himself from the situation dating back to 2006. Tony also voluntarily turned himself in and had been cooperating with federal agents for well over a year and a half prior to his incarceration. I am aware that Tony was having issues with his wife at the time which ultimately led to a very bad divorce. Tony was not himself and made decisions that contradict his true character.

I am not making any excuses for him and neither is Tony but I understand his mindset wasn't where it should of have been. Tony chose not to burden the family with his personal problems which in retrospect was a bad idea. I have spoken to Tony on several occasions and have also visited him at Porter County Jail. He attends church as often as he can and has also mentored inmates to make the right choices in life. He also wishes to mentor young people when he is released if given the opportunity. Tony is currently enrolled in the Trustee program where he cleans toilets on a daily basis. He says its challenging with his handicap but has humbled himself before God. Tony almost died in a car accident in April of 2008 and has metal rods, screws, and pins in his left arm which severely inhibit his mobility. Nonetheless, Tony tries to stay positive, hoping he can reunite with his family someday in the near future.

Our family loves Tony dearly. This situation has been a mental struggle not only for myself but the entire family. I have seen my parents health deteriorate throughout the year and have witnessed my mother cry herself to sleep longing for Tony. Our family plans to help Tony mentally and financially. He needs not to worry about a place to live as there are three homes available to him. We will help him find employment and take care of him as long as it takes.

Please your honor, have leniency on Tony and consider his family as well during sentencing. Tony is not a violent person and is not a threat to society. He has never had a prior arrest. He is a great, loving and caring person who made a mistake. Our family is torn without him and will never be at peace until he returns. This has been a absolute nightmare. Thank you, your honor, for your consideration in this matter.

Sincerely,

Michael Martinez

Michael A. Martinez | 842 North California Avenue #3 | Chicago, IL 60622 | (773) 592-7993 | mike_da_law@yahoo.com