Rita Martinez
11010 S. Avenue "J"
Chicago, IL 60617
(773) 240-1666
mtz5.0@hotmail.com

04 November 2012

Senior Judge Rudy Lozano
United States District Court, Northern Division of Indiana
5400 Federal Plaza
Suite 4300
Hammond, IN 46320

Dear Honorable Judge Rudy Lozano,

My name is Rita Marie Martinez and I am Antonio Martinez's younger sister. Antonio is a most loving brother and he is a generous person that always puts others before himself. Antonio is not only the best brother I could ask for, but he's also my best friend, and a father figure. Antonio has encouraged me since I was a little girl to seek better and to continually strive to educate myself. Antonio Martinez is not being accurately portrayed by the media and newspaper outlets. He's a good loving man that has a lot of good qualities as a person.

I'm hoping that my brother Antonio Martinez receives a second chance at life as a free man. I fully understand that he made a significant error in judgment. It was out of his character to have made such poor decisions, but I know that he has learned from his mistake and taken responsibility for his actions. As a twelve- year experienced Chicago police officer, I seldom encounter a person that will admit their guilt as quickly as my brother has admitted his guilt. I am pleading that Antonio Martinez receive probation instead of jail time. Antonio is not a threat to society and has been an asset to the community and his own neighborhood. He's always been a mentor to others, and in fact, he is mentoring others inmates that he is currently incarcerated with at the Porter County Jail.

Before Antonio was incarcerated, he was a family man; a full time dad that cooked and cleaned and cared for his children. He lives for his family, it's his life. Antonio cries everyday in regret for his mistakes because he's not with his family and especially his 3 year old daughter that he's cared for 24/7 and cradled to bed every night. Almost a year has passed since he last held his baby (Ava Rose), who woke up one morning and to find her daddy was gone. Ava Rose, an innocent baby who was close to her dad has suffered from separation as well as his eldest daughter Jocelyn and step son Frankie, whom he raised since he was a baby. If given a second chance, Antonio will never again jeopardize his freedom or family whom he adores so dearly.

Your honor I ask you on the behalf of my family and myself to please consider my brother for a reduced sentence and consider granting him probation instead of jail time. Antonio Martinez has accepted responsibility for his actions by admitting his guilt and correcting his mistakes. He has always been a spiritual man and has reached out to other inmates in his same situation by mentoring them and becoming a role model. He has made a positive impact on other inmates, who in return, have written him letters thanking him for his positive and spiritual words that have impacted their lives and helped them to become better people. Antonio has said that if given the opportunity and his freedom his priority would be to continue mentoring youths and adults and to further his college education.

Your honor, I understand that my brother has made poor choices and although it's not typical of him to make such choices, he's accepted his responsibility and is willing to receive whatever help is needed. I can vouch for my brother Antonio Martinez when he says he's regretful, ashamed, and will never commit another crime. After acknowledging the errors of his judgment, Antonio has made changes in his life by separating himself from the bad marriage he was in and taking responsibility for his mistakes. For the last 6 years he's dedicated himself to his family as a stay at home dad. He also copes daily with painful arm disability. Your honor Antonio Martinez is such a major part of our lives and if given probation at sentencing, he will live with me and I will continue being his support system.

Your honor, I urge that you please consider probation for Antonio Martinez as he is not a threat to society and would be more beneficial to our community as a mentor. I know that an extended prison sentence would be severely detrimental. Whatever the outcome, I respect your decision. Should you have any questions or concerns please feel free to contact me.

Sincerely Yours,

Rita M. Martinez