Jocelyn Martinez
1957 Aspen Ct.
Crown Point, IN 46307
(219) 671-7739

04 November 2012

Senior Judge Rudy Lozano
United States District Court, Northern Division of Indiana
5400 Federal Plaza
Suite 4300
Hammond, IN 46320

Dear Honorable Judge Rudy Lozano,

My name is Jocelyn Marie Martinez. I'm 12 years old and I am Antonio Martinez's oldest daughter. My father has always been my motivation, inspiration, and my main rock. Not having my father around has been the most difficult thing to deal with in my life. My father and I have been very close, and not having him around feels like I lost the person who would make me happy when I was sad. He gave me advice and understood me more than anyone. I know what my father did was wrong and now everyone has to deal with it. But I respect him for owning up for what he did.

Growing up without my father in my early teenage years is difficult since my mother and I aren't very close. I am very glad to have my father's family that helps me through this situation, but no one can fill in the pace of my father. Now that my father is gone I do my best in school so I can make him proud, and try to be a good role model for my little sister Ava. I know my sister loves our father very much. She makes me sad when she says "I lost my dad, he's gone." Seeing her face reminds me of our father, she looks like him so much.

I know if my father gets a second chance he will not get in trouble. My dad made a mistake, and is now paying for it. He is not the bad guy he is made out to be. Nobody is perfect and my father mad a mistake. My father is the type of man that everyone loved to be around and put everyone in a good mood. He was always positive and taught me never to take anything for granted. I regret not always being nice to my dad, because it's a year later and I miss how wonderful and loving of a dad he was to me.

My father has always put family first, without my father I don't know where or who I would be. I would do anything to feel my dad's hugs and kisses. My dad is the main reason I want to educate myself. This situation has made me think of my future, when I get older I want to be a lawyer so I can help with cases like my dad. I hope my father comes home as soon as he can.

Sincerely Yours,

Jocelyn Martinez

Jocelyn Martinez