Tykeisha Glover
842 N California Avenue #3
Chicago, IL 60622
P: | (773) 360-1086
M: | (773) 851-2681
E: | keishalglover@yahoo.com

Senior Judge Rudy Lozano
United States District Court, Northern District of Indiana
5400 Federal Plaza
Suite 4300
Hammond, IN 46320

April 2, 2012

Dear Honorable Judge Rudy Lozano,

It is with a heavy heart that I have to write this letter on behalf of Antonio Martinez, Jr. pleading mercy from this honorable court. My name is Tykeisha Glover and my fiancé, Michael Martinez, is Antonio's younger brother. I have known Antonio "Tony" since April 2007 and I have only known him to be a selfless, strong-willed individual. He has an incredibly close-knit family-oriented background. How he committed the allegations detailed in the indictment is unconceivable to me as this does not describe the person I have come to know and treasure.

I realize the severity of the offenses and cannot deny Tony's actions. However, I also recognize that Tony's pattern of behavior and poor judgment during the specific time period was a reflection of physical illness, mental stress, and a toxic marriage. When I met Tony, I knew something was troubling him, but he never wanted me to worry, instead choosing to focus on if I had enough food to eat! Your honor, Tony's passion was cooking. He would spend all day creating elaborate and decadent dishes for the family. He would not rest until everyone in the household has satisfied.

I ask the Court, to not solely consider the man described by the actions in the indictment, but to view his life: a decorated police officer for twelve years, a committed father to two beautiful daughters and a stepson, a loving brother and son, a nonjudgmental confidant, an aspiring chef, and a man on a remarkable spiritual journey. As soon as the indictment was unsealed, Tony immediately accepted responsibility for the role he played and agreed wholeheartedly to cooperate and rectify his wrongdoings; regardless of the backlash from the other co-defendants.

Your Honor, I fully understand that Tony's misgivings should not go unpunished. In fact, being away from his family has been the harshest punishment of all. Tony is a fantastic motivator, known to disarm people by his infectious smile and charm. I know this experience will help him deepen his community involvement by becoming a mentor and creating an example to others on turning your life around positively. Tony has had no prior criminal record and is not a threat to society. He is more than welcome into the home of Michael and myself.

I have my full faith in the judiciousness of the Court and I implore you, Your Honor, to consider rehabilitation and probation when imposing the sentence. Tony deserves another chance to be reunited with his family. I plead for your mercy to grant him one.

Sincerely Yours,

Tykeisha Glover