Josephine Martinez
13044 S Exchange
Chicago, IL 60633
(773) 612-3147
jmartinez@recyclingit.com

30 September 2012
Senior Judge Rudy Lozano
United States District Court, Northern Division of Indiana
5400 Federal Plaza
Suite 4300
Hammond, IN 46320

Dear Honorable Judge Rudy Lozano,

My name is Josephine Martinez and I am the mother of Antonio C. Martinez. I would like to start first and foremost by apologizing to those affected by my son's poor judgment. Nothing can undo the headache he brought upon himself and others. Although I realize the decisions my son made were wrong I would still like to offer some insight on my sons mental state at the time. My son is the oldest of three children. He is a great father to his little girls Ava, Jocelyn, and his stepson Frankie Rios. He also has a brother and sister, both Chicago Police Officers. My son is well liked and loved my many your honor. My loving son was in the middle of a difficult marriage your honor and on the brink of divorce. His biggest fear was losing his daughter Jocelyn (Ava wasn't born yet) whom he loves more than anything in the world. My son was desperate, confused and broken all along while suffering from dangerous levels of high blood pressure accompanied by a stressful career. My son being the eldest suffered through my marriage as well your honor. I believe this is why he tried so hard taking drastic measures to save his own marriage.

My son regrets his poor judgment your honor. Not a day goes by that he doesn't cry and regrets his poor judgment to me. He is ashamed of his actions and just wants a chance to make things right in any way possible, he would rather be homeless than to ever break the law again your honor. Please have Mercy on my son your honor. My son is a great person. The most loving, generous person you could ever meet. The kind of man that would take his shirt off his back for you. The kind of man that would take a random homeless person to lunch and buy him clothes. This is my son your honor, a great man with no prior arrest record. A man that made a mistake but should not suffer the rest of his life for it. My son is not a violent person your honor. He deserves a second chance at life to continue to be a great father to his young daughters, a great brother, and a great son.

I would like to finish this letter by thanking for your valuable time and ask that you please show mercy on my son. The best rehabilitation for Tony is to be reunited with his love one's and continue his spiritual journey toward righteousness. As his mother my heart breaks every day that passes because he played a very important role in all of our lives. I can hardly wait until the day comes when I can put my arms around him again your honor. I too have learned a valuable lesson that we cannot take our loved ones for granted because we never know when we can lose them either through death or incarceration.

Sincerely,

Josephine Martinez

Josephine Martinez