Antonio Martinez, SR
13044 S Exchange
Chicago, IL 60633
(773) 612-4757

Senior Judge Rudy Lozano
United States District Court, Northern Division of Indiana
5400 Federal Plaza
Suite 4300
Hammond, IN 46320

October 10, 2012

Dear Honorable Judge Rudy Lozano,

My name is Antonio Martinez, Sr. and I am Antonio C. Martinez's father. I would like to start off by saying that my son Tony is a good person and has never broken the law before. Tony is a kind, loving, giving person. He is an amazing father not only to his children but children from past relationships. Tony has raised these kids like his own putting them through private school and teaching them to be model citizens. Tony is a family man who loves being home with his girls. He has a 12 year old named Jocelyn and a 3 year old named Ava. Both miss there father dearly. I can not express into words how much I love my son and how heartbroken I am to see him in this predicament.

I am requesting that Tony be eligible for release upon his sentencing date your honor instead of further jail time. Tony does not belong in jail. He is not that type of person nor has lived that type of lifestyle. He made a mistake which he surely regrets but if anyone deserves a second chance it's my son. Not a day goes by that Tony isn't sorry or ashamed for his actions. Something he always expresses through our conversations .Tony's situation is not reflective of his character and I assure you that he will never break the law again.

Please have leniency on my son your honor. Tony has accepted full responsibility for his actions from the start. He was the the first to plea guilty and has cooperated fully with the federal government. Tony assisted them for nearly two years with there investigation aiding them in putting together a strong case. Tony is part of the Trustee program and attends church as often as possible. He has become very close to the Lord. I've also learned through letters mailed to my son that he's given other inmates positive advice to live better lives for themselves and there families. Strangers from different backgrounds thanking my son for helping them through a tough time. Tony has humbled himself and vowed not to take things in life for granted. something he had already begun after a near fatal accident in april of 2008. Tony is handicapped and has several pins and rods in his arm which make his mobility extremely challenging.

I would like to thank you for taking the time to read this letter your honor. My wife, kids, and I are prepared to assist my son in every way upon his release. Please consider us all during my son's sentencing. Please make our family whole again and give my son a second chance. I am getting up in age and All I want is to have my son back home before I leave this earth.

Sincerely,

Antonio Martinez

Antonio Martinez, Sr.