LAUREN A. ORONA
10621 Avenue B
Chicago, IL 60617
Lauren_orona@hotmail.com
(219) 290-3221

Senior Judge Rudy Lozano
United States District Court
Northern Division of Indiana
November 30, 2012

Dear Honorable Judge Rudy Lozano,

My name is Lauren A. Orona and I am the fiancée of Antonio Martinez, Jr. Since the incarceration of my fiancé, my life and my children's lives have been ripped apart. This year has been the hardest year of our lives because I suddenly became a single parent while trying to support a household working full-time. I never realized just how much support my fiancé provided for the family until I was forced to do everything myself.

Antonio made some poor decisions in the past, but I am pleading with you to please have some compassion and leniency with him and his sentencing. Your honor, I would like to restore my family for the sake of my children Ava (3) and Frank (9) and my stepdaughter Jocelyn (12). Ava asks for her father all the time. Frank wants to know when his dad is coming home. Jocelyn prays everyday her father is given another opportunity to make things right. Being ripped away from my fiancé has taken a huge toll on my life, the children's lives, and the rest of the family. Antonio is the best loving father and man that anyone can ask for. He understands how wrong he was and has been suffering from remorse for the past years. He asks forgiveness from God everyday and to receive mercy from you, your honor.

I don't want my kids to cry anymore and I don't want to be miserable anymore without my fiancé in my life. I plead for you to please give him a second chance and an opportunity to prove to society he is still a law-abiding citizen your honor. He doesn't deserve to spend the rest of his days in a prison, and he prays everyday for God to bring him home. My family needs to be put back together again. Becoming a single parent and knowing how much pain and anguish my fiancé endures everyday is heartbreaking. Not just because he was responsible for our household, but because he did it with no complaints, even while being severely injured in his left arm.

Your honor, I have full faith in the justice of the system and the benefit of rehabilitation. I beg of you to show mercy on Antonio and allow him to return home to his family. He will be a better citizen for the community and would use his time counsel others on turning their life around for the betterment of family and society. We have a loving home waiting for Antonio, please help us restore it.

Sincerely,

________________________

Lauren A. Orona