UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | CASE NO: 2: 10CR00109-23 |
| ANTONIO C. MARTINEZ, JR., | ) | |
| | ) | |
| Defendant, | ) | |

**SENTENCING MEMORANDUM**

Comes now the Defendant, Antonio C. Martinez, Jr. and submits the following sentencing memorandum in aid of sentencing.

INTRODUCTION

Mr. Martinez pled guilty to 4 counts of a 4-count Third Superceding Indictment as follows:

> Count 1 charged Conspiracy to Participate in Racketeering Activity, in violation of 18 U.S.C. § 1962(d); Count 2 charged Conspiracy to Possess With Intent to Distribute five kilograms or more of Cocaine and 1,000 kilograms or more of Marijuana, in violation of 21 U.S.C. § 846; Count 14 charged Interference with Commerce by Threats or Violence, in violation of 18 U.S.C. § 1951, Count 15 charged Use of Firearm in Furtherance of Crimes of Violence and Drug Trafficking, in violation of 18 U.S.C. § 924(c)(1)(A).

The presentence investigation report (hereinafter "PSR") determines that Mr. Martinez' total offense level is 43. Based upon a criminal history category of I, the guideline range is life imprisonment. Mr. Martinez submits that the PSR is accurate and he has voiced no objections to that calculation.

NATURE AND CIRCUMSTANCES OF THE OFFENSE

Mr. Martinez admits that between 2004 and 2006, he and his fellow police officer/co-defendant, Alex Guerrero, worked at the direction of the Latin Kings and committed several "rips" of either drugs, money or guns that they would thereafter turn over to various high ranking officers of the Latin Kings.

HISTORY AND CHARACTERISTICS

Mr. Martinez is 42 years old and is a twelve year veteran of the Chicago Police Department. He, during his career as a police officer, earned over a dozen "honorable mentions" from the department for some of his arrests and community involvement, two department accommodation awards and a resolution that was submitted to the Chicago City Council for work that he did for the bike patrol unit. (PSR ¶ 67). He also received a life saving award for saving some small children in an apartment fire (Id.)

The crimes that Mr. Martinez committed were certainly out of character, especially given the fact that he came from a good, hardworking and very close family. He has a brother, Michael, and a sister, Rita, who are both Chicago police officers with twelve and fourteen years of service respectively. He has a thirteen year old daughter, Jocelyn Martinez, from a previous marriage and four year old Ava who is a child that he had with his fiancee, Lauren Orona. (PSR ¶ 53-54). He is a father figure of Ms. Orona's ten year old son, Frank, since Mr. Martinez helped raise him since he was eighteen months old. (PSR ¶ 54).

Mr. Martinez was involved in a very serious automobile collision in 2008 that has resulted in a permanent left arm injury. (PSR ¶ 57).

Mr. Martinez was voluntarily cooperating with the government long before the Third Superceding Indictment was returned on November 16, 2011. He voluntarily surrendered to federal authorities on November 18, 2011 and has been detained ever since. After his arrest, he pled guilty sixteen days later on December 2, 2011. He was first of all of the defendants to enter a guilty plea. He has continued to accept full responsibility for his actions and he has continued to cooperate giving additional proffers whenever requested.

SENTENCING RECOMMENDATION

Mr. Martinez has placed the safety of not only himself, but that of his family in jeopardy and has done so without question. His permanent left arm injury has left him

basically defenseless if he were to be attacked while in prison. He nonetheless agreed to cooperate because he knew that was the right thing to do.

The Government has filed a 5K1.1 Motion for a Downward Departure recommending a sentence of 144 months that he hopes the court will accept based upon his full, complete and candid cooperation together with considering all of the 3553(a) factors. He also hopes that this court recognizes all of the good things that he has done in his life and not simply focus on the terribly bad choices that he made in committing these crimes for which he is truly and unconditionally sorry.

CONCLUSION

Based upon the above and foregoing, Mr. Martinez respectfully requests that the court approve the Government's recommendation contained in its Motion for Downward Departure and sentence him to 144 months in prison. He would also request that the court entertain a recommendation that he be given credit for the time that he has been detained since November 18, 2011.

Respectfully submitted,

/s MARK A. PSIMOS
9219 Broadway
Merrillville, IN 46410
(219) 769-6969
Fax: (219) 769-3875
Email: psimoslaw@airbaud.net

**CERTIFICATE OF SERVICE**

I certify that on May 16, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/CM/ECF system which sent notification of such filing to all counsel of record.

/s MARK A. PSIMOS