Senior Judge Rudy Lozano
United States District Court
Northern Division of Indiana

Mrs. Josephine Martinez
13044 South Exchange
Chicago, IL 60633

May 12, 2013

Honorable Judge Rudy Lozano,

Your honor, my name is Josephine Martinez. I am the loving mother of Mr. Antonio Martinez Jr., scheduled to be received by you for sentencing on May 23, 2013, at approximately 1 p.m.

On November 18, 2011, Antonio voluntarily surrendered himself to the staff at Porter County Jail in Valparaiso, Indiana, accepting full responsibility for his actions to which he remains truly remorseful. In an effort to correct his mistakes and assist federal authorities in a thorough investigation, Antonio voluntarily wore a wire recording his full interactions, prior to his indictment, risking his life and his family's safety in order to demonstrate his commitment to full restitution.

I humbly admit you regularly receive letters of equal nature from other families under similar duress and suffering. My family maintains only the utmost respect for your responsibilities to the Court. But it is with a mother's anguish and sorrow by which I respectfully ask for your consideration to my son's painful state at the time of his crime, which included, but was not limited to, the possible loss of his daughter due to a devastating divorce. I cannot emphasize enough how my son's mental state and conduct during this time was such a departure from a lifetime of honorable behavior. One can only conclude his mistakes were a result of his devastation, despair and personal loss.

To recount more specific issues, we as a family remain fully aware of Antonio's actions involving conducting a narcotics raid on the residence of the girlfriend of Cisto Bernal, a lifelong criminal and man truly feared. Upon learning of this raid, and the communication of such events to Mr. Bernal, a letter was drafted and delivered by hand, by one of Mr. Bernal's associates to my home, threatening the safety of my son, Antonio's life, my life, my husband's life, my children's lives and the lives of my grandchildren. The outstanding message remains a daily reminder of the potential retribution and threat to our lives by Mr. Bernal and his associates if Antonio did not follow his directions. To this day, we are constantly reminded that my son became trapped. It is important to note however, that despite becoming trapped and his life threatened, Antonio worked diligently to resolve his wrongs both to authorities and to God. One can only hope and pray they themselves are never faced with such decisions.

Today, despite our lives constantly under threat of retaliation from Mr. Bernal's organization, I humbly ask for consideration of Antonio's life and his livelihood outside the parameters of his actions which bring him to you at this sensitive time. During his adulthood Antonio secured more than over a dozen honorable mention awards by the City of Chicago, and demonstrated his willingness to sacrifice his life, for the lives of others, receiving a life saving award for rescuing children from a fire. I beg that you consider these efforts as Antonio's true commitment to his fellow citizens. He remains a devoted father, son, brother and has fully surrendered his life to God.

At this time we as a family remain fully committed to supporting Antonio throughout his time served, his pending sentence, and to provide a safe, supportive transition back to our loving home when deemed appropriate.

Please accept this letter as my sincere request for mercy. I ask only for consideration of time

served, Antonio's willingness to work with authorities prior to indictment and his continued demonstration to return to society as a law-abiding individual, committed to being a productive citizen of society. Our son is truly loved, and his family and daughters need him very much. No one can replace the true role of a father to one's man's children. Antonio is loved, supported and prayed for daily. We need Tony back in our lives as soon as possible, and will do anything requested by the Court in order to assist with the process of restitution. Our son, Antonio, equally remains committed to completing his time with every opportunity possible to fully communicate his remorse for his actions and demonstrate to the Court his ability to transition back to our home and our community.

Again, your honor, please receive this letter as one sent with both a mother's love, a family's commitment for success despite all odds, and a lasting request for mercy during Antonio's sentencing. Thank you in advance for your time, your attention and your consideration.

Regards,
Mrs. Josephine Martinez and family.